| Fill in this Information to identify the case: | |
|---|---|
| Debtor 1 | Nancy Marie Lind |
| | First Name  Middle Name  Last Name |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | District of Hawaii |
| Case Number: | 11-02167 |

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $16,719.79 |
|---|---|
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Address - at time claim was filed: (if different from below) | 1519 Nuuanu Ave., #149<br>Honolulu, HI 96817-3753<br><br>*Provide documentation that Claimant resided or did business at this address. |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728 x123<br>admin@dilksknopik.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (check the statements that apply):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

☒ The payee's taxpayer information (Form W-9 or alternate form) is attached.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

## 4. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Hawaii
300 Ala Moana Blvd., Room 6100
Honolulu, HI 96850

## 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 12, 2021

_____
Signature of Applicant
Andrew T. Drake – Vice President
Dilks & Knopik, LLC

35308 SE Center Street
Snoqualmie, WA 98065
428-836-5728 x123
admin@dilksknopik.com

## 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone: _____

Email: _____

## 6. Notarization
STATE OF <u>WASHINGTON</u>

COUNTY OF <u>KING</u>

This Application for Unclaimed Funds, dated <u>March 12, 2021</u> was subscribed and sworn to before me this <u>12th</u> day of <u>March</u>, 20<u>21</u> by <u>Andrew T. Drake</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public: _____
                          Matthew Zettley

My commission expires: <u>February 19, 2022</u>

[NOTARY SEAL: MATTHEW ZETTLEY / NOTARY PUBLIC / STATE OF WASHINGTON / COMMISSION EXPIRES FEBRUARY 19, 2022]

## 6. Notarization
STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public_____

My commission expires:

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for District of Hawaii
300 Ala Moana Blvd., Room 6100
Honolulu, HI 96850

Names and addresses of all other parties served:


Date: <u>March 12, 2021</u>

_____
Andrew T. Drake - Vice President
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

# Explanation of Supporting Documentation
## for
## Application for Payment of Unclaimed Funds

The claimant did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the debtor, Nancy Marie Lind.

Nancy Marie Lind has assigned her unclaimed funds to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement.

Date: March 12, 2021

Andrew T. Drake - Vice President
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

| Trustee Name, Address, Phone, Fax, Email: | UNITED STATES BANKRUPTCY COURT |
|---|---|
| RICHARD A. YANAGI<br>Chapter 7 Bankruptcy Panel Trustee<br>P.O. Box 25595<br>Honolulu, HI 96825<br>Phone: (808)599-0339<br>Fax:<br>Email: yanagichap7@gmail.com | DISTRICT OF HAWAII |
| Debtor(s):<br>LIND, NANCY MARIE | Case No.: 11-02167<br>Chapter 7 |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011:<br>This amount represents unclaimed funds on the claim(s) listed below. | $16,719.79 |
|---|---|

[List claimants for unclaimed funds below - attach continuation sheets if necessary.]

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| None | Nancy Marie Lind (Debtor)<br>1519 Nuuanu Ave # 149<br>Honolulu, HI 96817-3753 | $16,719.79 |

Dated: March 9, 2021

/s/ RICHARD A. YANAGI
Trustee



## CERTIFICATE OF LLC RESOLUTION & STATEMENT OF AUTHORITY

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Brian J Dilks, Caryn M Dilks, Andrew T. Drake and Jefferey Hudspeth, are hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this 23rd day of January, 2020

_____
Brian J Dilks

Date: 1/23/2020

Subscribed and sworn to me this 23rd day of January 2020

Notary Signature _____
Matthew Zettley
My Commission Expires: 2/19/22

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

_____
Caryn M Dilks f/k/a Caryn M Knopik

Date: 1-23-2020

Subscribed and sworn to me this 23rd day of January 2020

Notary Signature _____
Matthew Zettley
My Commission Expires: 2/19/22

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022



Filed
Secretary of State
State of Washington
Date Filed: 06/09/2020
Effective Date: 06/09/2020
UBI #: 602 211 447

# EXPRESS ANNUAL REPORT WITH CHANGES

## BUSINESS INFORMATION

Business Name:
**DILKS & KNOPIK, LLC**

UBI Number:
**602 211 447**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Principal Office Mailing Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Expiration Date:
**06/30/2021**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**06/07/2002**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES**

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| BRIAN DILKS | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES |

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | BRIAN | DILKS |
| GOVERNOR | INDIVIDUAL | | CARYN | DILKS |

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2020060900307982 - 1
Received Date: 06/09/2020
Amount Received: $60.00



**Brian Dilks**
Managing Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 101
Fx. 877-209-8249
brian.dilks@dilksknopik.com

www.dilksknopik.com





**Caryn Knopik**
Managing Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 102
Fx. 877-209-8249
caryn.knopik@dilksknopik.com

www.dilksknopik.com



**Jeff Hudspeth**
Vice President - Accounts

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 104
Fx. 877-209-8249
jeff.hudspeth@dilksknopik.com

www.dilksknopik.com





**Andrew Drake**
Vice President - Operations

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 123
Fx. 877-209-8249
andrew.drake@dilksknopik.com
www.dilksknopik.com

BBB accredited since 2003 — ACCREDITED BUSINESS

[Notary stamp: MATTHEW ZETTLEY NOTARY PUBLIC STATE OF WASHINGTON COMMISSION EXPIRES FEBRUARY 19, 2022]

**Dilks | & | Knopik**

On this 12th day of March, 2021. I certify that the preceding or attached document titled (Assignment Agreement), (2 pages) is a true, accurate and complete copy of the original being held at 35308 SE Center Street, Snoqualmie, WA 98065

_____
Matthew Zettley – Notary Public
My commission expires: February 19, 2022

## Assignment Agreement

This Assignment Agreement (the "Agreement") is entered into as of March 9, 2021 (the "Effective Date") by and between Dilks & Knopik, LLC, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and Nancy Marie Lind with an address of 5445 Everglades St., Ventura CA 93003 (the "Assignor").

1. Assignor is/was a debtor in the case (11-02167) as filed in the District of Hawaii (the "Case"). As a debtor in the Case, Assignor was entitled to distribution of funds from the assets of the Bankruptcy Estate in the approximate amount of $16,719.79 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. Assets Assigned: The assets herein assigned to Assignee are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed Funds Registry.

4. Consideration: The consideration herein given by Assignee to Assignor shall be the sum $10,031.87 which sum shall be remitted to Assignor. A check will be issue to the Assignor for the above stated amount prior to the claim/application/motion is submitted to court. In the event Assignee recovers an amount over and above the Funds then Assignor shall be entitled to 100% of the additional amount recovered.

5. This assignment shall be deemed an absolute and unconditional assignment of funds for the purpose of collection and satisfaction, and shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. Power of Attorney: To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: _____
Nancy Marie Lind

Assignee: _____
Dilks & Knopik, LLC
Brian J Dilks – Authorized Signatory



## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Nancy Marie Lind ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds.

The Assigned funds:

Debtor: Nancy Marie Lind
Court: United States Bankruptcy Court - District of Hawaii
Case Number: 11-02167
Chapter: 7
Unclaimed Amount: $16,719.79

FUNDS ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Tuesday, March 09, 2021.

Nancy Marie Lind
_/s/ Nancy Marie Lind_
Signature



IN THE U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF HAWAII

Debtor:

Nancy Marie Lind

NO: 11-02167

DECLARATION OF NANCY MARIE LIND IN SUPPORT OF THE APPLICATION FOR UNCLAIMED FUNDS

## DECLARATION

The undersigned hereby declares under penalty of perjury under the laws of the United States that the following is true and correct to the best of the undersigned's knowledge:

1. I am at least 18 years of age and competent to make this declaration in support of the application for unclaimed funds made to this court on behalf of Nancy Marie Lind;

2. I have personal knowledge of the present application for unclaimed funds and attested to;

3. I was a debtor in the above-mentioned case;

4. At the time of the above bankruptcy, I had a mailing address of: 1519 Nuuanu Ave., #149, Honolulu, HI 96817-3753;

5. I rented the residence at the above listed address from 2011 – 2018.

6. It has been over 3 years since I have used the 1519 Nuuanu Ave., #149, Honolulu, HI 96817-3753 address;

DECLARATION IN SUPPORT OF APPLICATION FOR UNCLAIMED FUNDS
Page 1 of 2

Address Proof

After a diligent search I have been unable to find anything showing that address.

Signed at Ventura, CA on March 9, 2021

_____
Nancy Marie Lind

DECLARATION IN SUPPORT OF APPLICATION FOR UNCLAIMED FUNDS
Page 2 of 2